237376, Eaton Park Capital Management v. Argentine Republican YPF 237376, Eaton Park Capital